May 16, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

BETTYE GREER DANDRIDGE, Appellant

NO. 14-13-00250-CV                    V.

JAMES DANDRIDGE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 6, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Bettye Greer Dandridge.

We further order this decision certified below for observance.